UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CARL DADAILLE,

                Plaintiff,                                **ORDER**
                                                                25-CV-3471
                                                                 (Gujarati, J.)
                                                                 (Marutollo, M.J.)

                -v-

UNITED STATES OF AMERICA; DEPARTMENT
OF TREASURY; INTERNAL REVENUE SERVICE,

                Defendants.
------------------------------------------------------------x
**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

       On November 26, 2025, *pro se* Plaintiff Carl Dadaille filed this action against Defendants, the United States of America, the Department of Treasury, and the Internal Revenue Service (Dkt. No. 1), along with a motion to expedite "consideration" of the action. (Dkt. No. 2), and an application to proceed *in forma pauperis* ("IFP") (Dkt. No. 3).

       Plaintiff's request to expedite the action is **DENIED,** without prejudice to renewal. The Court will, however, promptly schedule an initial conference in this matter.

       Plaintiff's request to proceed IFP pursuant to 28 U.S.C. § 1915 is **GRANTED**.

       The Clerk of Court is directed to issue a summons for Defendants. The United States Marshals Service is directed to serve the summons, Complaint, and a copy of this Order on Defendants without prepayment of fees.

       The Clerk of Court is further directed to electronically send a courtesy copy of the summons, Complaint, and this Order to the Civil Division of the United States Attorney's Office for the Eastern District of New York.

The Clerk of the Court shall also mail a copy of this Order to Plaintiff.

Dated:   Brooklyn, New York          **SO ORDERED.**
         December 8, 2025

                                      */s/ Joseph A. Marutollo*
                                      JOSEPH A. MARUTOLLO
                                      United States Magistrate Judge